1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TOMMY REYES, | ) CV 12-02351-FMO (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW CATE, Secretary of Dept. Of | ) |
| Corrections and Rehabilitation, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 31, 2014

                                /s/
                  FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE